UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : |
|---|---|
| | : CHAPTER 11 |
| 38 N. FRONT STREET ASSOCIATES, L.P., | : |
| | : BANKRUPTCY NO. 09-14745 |
| DEBTOR. | : |
| | : |

**ORDER EXTENDING TIME TO FILE SCHEDULES**

Upon consideration of the application (the "Application") of 38 N. Front Street Associates, L.P.(the "Debtor") for an Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules"), IT IS HEREBY

ORDERED, that the Application is GRANTED; it is further

ORDERED, that the above-captioned Debtor shall be GRANTED an extension of time from July 14, 2009 to July 29, 2009 to file its Schedules of Assets and Liabilities and Statement of Financial Affairs

BY THE COURT

_____
J.