Albert A. Ciardi, III, Esquire
Dimitri L. Karapelou, Esquire
CIARDI CIARDI & ASTIN
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103
(215) 557-3550
Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| 38 N. FRONT STREET ASSOCIATES, L.P., | : |
| | : BANKRUPTCY NO. 09-14745 |
| DEBTOR. | : |

**CERTIFICATE OF SERVICE**

I, Albert A. Ciardi, III, hereby certify that on this 6th day of July, 2009, served a copy of the attached *Application of the Debtor for an Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs* was served by U.S. First Class Mail, postage prepaid upon the following:

UNITED STATES TRUSTEE
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Brian T. Feeney, Esquire
Kathryn G. Legge, Esquire
Greenberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

CIARDI CIARDI & ASTIN

BY:  /S/ Albert A. Ciardi, III
     Albert A. Ciardi, III, Esquire

Dated: July 6, 2009